IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

ROGER ARMANDO MIDENCE                                         PLAINTIFF(S)

CIVIL NO. 5:06CV00066

BRIAN K. SMITH, ET AL                                              DEFENDANT(S)

## ORDER

This case has been referred to the undersigned for Settlement Conference. Within ten (10) days of the date of this order, all parties are hereby ordered to deliver to Magistrate Judge Barry A. Bryant, in confidence, a Settlement Conference Statement which **should not** be filed with the Clerk of the Court. The Settlement Conference Statement should be delivered to Magistrate Judge Barry A. Bryant, 500 N. State Line Ave., Room 302, Texarkana, Arkansas 71854 or it may be faxed to 870-773-2014. Settlement Conference Statement shall include the following:

1. A brief statement of the evidence the party expects to produce at trial;
2. A summary of the damages (if any) claimed and of relief sought;
3. A description of settlement discussions to date, including the details of all settlement offers made; and
4. Any other matter the party believes relevant to potential settlement of this case.

The purpose of the Settlement Conference will be to precipitate settlement of the case. The Settlement Conference will be conducted in such a manner as not to prejudice any party in the event the matter proceeds to trial. To that end, all matters communicated to the undersigned, in confidence, will be kept confidential by him and will not be disclosed to the other party or to the trial judge. The undersigned with not serve as the trial judge in this case.

IT IS SO ORDERED THIS July 22, 2008.

_____
HONORABLE BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE